**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 14-CR-00256-CMA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  D. J. DOMINGUIZ POQUIZ ,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      This matter was referred to the Magistrate Judge by Judge Christine Arguello on September 12, 2014 for the purposes of holding a Change of Plea Hearing, therefore;

      **IT IS HEREBY ORDERED** that this matter is set for a Change of Plea Hearing before the Magistrate Judge in Durango, Colorado on October 14, 2014 at 2:30 p.m.

**DATED: September 23, 2014.**

                          **BY THE COURT:**

                          **s/David L. West**
                          **United States Magistrate Judge**